1  Michael S. Agruss (SBN: 259567)
   KROHN & MOSS, LTD.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x235
   Fax: 866-620-2956
4  magruss@consumerlawcenter.com
   Attorneys for Plaintiff,
5  REBEKAH SPECIALE

6

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| REBEKAH SPECIALE, )<br><br>       Plaintiff, )<br>                                 )<br>       v.                        )<br>                                 )<br>AMSHER COLLECTION SERVICES, INC., )<br>                                 )<br>       Defendant.                )<br>_____) | **Case No.:**<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>**(Unlawful Debt Collection Practices)** |

## VERIFIED COMPLAINT

Plaintiff, REBEKAH SPECIALE ("Plaintiff"), by her attorneys, KROHN & MOSS, LTD., alleges the following against Defendant, AMSHER COLLECTION SERVICES, INC. ("Defendant"):

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* ("FDCPA").

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* ("RFDCPA").

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court

- 1 -

without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained within.

4.  Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5.  Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

6.  Plaintiff is a natural person residing in Tulare, Tulare County, California.

7.  Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

8.  Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt from Plaintiff.

9.  Defendant is a collection agency with a business office in Birmingham, Alabama.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant places several collection calls, almost daily, to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant is attempting to collect an alleged debt from Plaintiff on behalf of the original creditor, T-Mobile (Defendant's internal Account Number assigned to Plaintiff: 11146503).

13. Plaintiff's alleged debt owed to T-Mobile arises from transactions for personal, family, and household purposes.

14. Defendant calls from 205-313-2586.

15. Defendant calls Plaintiff's mobile phone.

16. Defendant calls before 8:00 a.m., which is a time Defendant knows or should know to be inconvenient to Plaintiff.

17. Defendant uses profane and obscene language towards Plaintiff.

18. From around May 2010 to around July 2010, Plaintiff received numerous phone calls from a female representative at Defendant place of business, who told Plaintiff, among others comments, "We're going to your house in California to make you pay, bitch. Learn to fucking listen and pay your bills."

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

19. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692c(a)(1)* of the FDCPA by calling Plaintiff at an unusual time that Defendant knew or which Defendant should have known to be inconvenient to Plaintiff.

   b. Defendant violated *§1692d* of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt.

   c. Defendant violated *§1692d(2)* of the FDCPA by using obscene or profane language or language the natural consequence of which is to abuse the hearer.

   d. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

   WHEREFORE, Plaintiff, REBEKAH SPECIALE, respectfully requests judgment be entered against Defendant, AMSHER COLLECTION SERVICES, INC., for the following:

20. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k,*

PLAINTIFF'S COMPLAINT

21. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

22. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

23. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

24. Defendant violated the RFDCPA based on the following:

    a. Defendant violated *§1788.11(a)* of the RFDCPA when Defendant used profane or obscene language towards Plaintiff.

    b. Defendant violated *§1788.11(d)* of the RFDCPA when Defendant placed collection calls to Plaintiff repeatedly and continuously so as to annoy Plaintiff.

    c. Defendant violated *§1788.11(e)* of the RFDCPA when Defendant placed collection calls to Plaintiff with such frequency as to be unreasonable and to constitute an harassment to Plaintiff under the circumstances.

    d. Defendants violated *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq*.

WHEREFORE, Plaintiff, REBEKAH SPECIALE, respectfully requests judgment be entered against Defendant, AMSHER COLLECTION SERVICES, INC., for the following:

25. Statutory damages of $1,000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

26. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

27. Any other relief that this Honorable Court deems appropriate.

PLAINTIFF'S COMPLAINT

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, REBEKAH SPECIALE, demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

DATED:  August 27, 2010                KROHN & MOSS, LTD.


By: /s/  Michael S. Agruss

Michael S. Agruss
Attorney for Plaintiff,
REBEKAH SPECIALE

- 5 -

1

## <u>VERIFICATION OF COMPLAINT AND CERTIFICATION</u>

2

3       STATE OF CALIFORNIA

            Plaintiff, REBEKAH SPECIALE, states as follows:
4

5       1.   I am the Plaintiff in this civil proceeding.
        2.   I have read the above-entitled civil Complaint prepared by my attorneys and I believe
6            that all of the facts contained in it are true, to the best of my knowledge, information
             and belief formed after reasonable inquiry.
7       3.   I believe that this civil Complaint is well grounded in fact and warranted by existing
             law or by a good faith argument for the extension, modification or reversal of existing
             law.
8       4.   I believe that this civil Complaint is not interposed for any improper purpose, such as
             to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a
9            needless increase in the cost of litigation to any Defendant(s), named in the
             Complaint.
10      5.   I have filed this Complaint in good faith and solely for the purposes set forth in it.
        6.   Each and every exhibit I have provided to my attorneys which has been attached to
11           this Complaint is a true and correct copy of the original.
        7.   Except for clearly indicated redactions made by my attorneys where appropriate, I
12           have not altered, changed, modified or fabricated these exhibits, except that some of
             the attached exhibits may contain some of my own handwritten notations.
13
            Pursuant to 28 U.S.C. § 1746(2), I, REBEKAH SPECIALE, hereby declare (or
14      certify, verify or state) under penalty of perjury that the foregoing is true and correct.

15

16      DATE: August 31, 2010             _____
17                                              REBEKAH SPECIALE

18

19

20

21

22

23

24

25

                                        - 6 -

                            PLAINTIFF'S COMPLAINT