Michael S. Agruss (SBN: 259567)
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
REBEKAH SPECIALE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| REBEKAH SPECIALE, | ) **Case No.: 1:10-cv-01748-AWI-DLB** |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **STIPULATION OF DISMISSAL** |
| AMSHER COLLECTION SERVICES, INC., | ) **WITH PREJUDICE** |
| | ) |
| Defendant. | ) |
| ——————————————— | |

The claims asserted by Plaintiff, REBEKAH SPECIALE, against Defendant, AMSHER COLLECTION SERVICES, INC., in the above-captioned proceeding are hereby dismissed, with prejudice. Both sides to bear their own attorneys' fees and costs.

Dated: 6/10/2011          KROHN & MOSS LTD

                          /s/ Michael S. Agruss
                          Michael S. Agruss, Esq.
                          Attorney for Plaintiff,
                          THOMAS JORDAN

Dated: 6/10/2011          CARLSON & MESSER LLP

                          /s/ David J. Kaminski
                          David J. Kaminski
                          Attorney for Defendant,
                          AMSHER COLLECTION SERVICES, INC.

1