1  Michael S. Agruss (SBN: 259567)
   KROHN & MOSS, LTD.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x235
   Fax: 866-620-2956
4  magruss@consumerlawcenter.com
   Attorneys for Plaintiff,
5  REBEKAH SPECIALE

6                    **UNITED STATES DISTRICT COURT**
                     **EASTERN DISTRICT OF CALIFORNIA**
7                            **FRESNO DIVISION**

8
   REBEKAH SPECIALE,                     )   **Case No.: 1:10-cv-01748-AWI-DLB**
9                                         )
                 Plaintiff,               )
10                                        )
          v.                              )
11                                        )   **STIPULATION OF DISMISSAL**
                                          )   **WITH PREJUDICE**
   AMSHER COLLECTION SERVICES, INC., )
12                                        )
                 Defendant.               )
13

14

15       The claims asserted by Plaintiff, REBEKAH SPECIALE, against Defendant, AMSHER

16  COLLECTION SERVICES, INC., in the above-captioned proceeding are hereby dismissed, with

17  prejudice.  Both sides to bear their own attorneys' fees and costs.

18

19
    Dated:  6/10/2011              KROHN & MOSS LTD
20
                                   /s/ Michael S. Agruss
21                                 Michael S. Agruss, Esq.
                                   Attorney for Plaintiff,
22                                 REBEKAH SPECIALE

23  Dated:  6/10/2011              CARLSON & MESSER LLP

24                                 /s/  David J. Kaminski
                                   David J. Kaminski
25                                 Attorney for Defendant,
                                   AMSHER COLLECTION SERVICES, INC.
26

27

28                                         1

    Stipulation of Dismissal and [Proposed] Order

## PROOF OF SERVICE

I, Nathan Adkins, state the following:

I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 10474 Santa Monica Blvd., Suite 401, Los Angeles, CA 90025. On June 10, 2011, I served the following documents:

**Stipulation of Dismissal**

On the parties listed below:

**David J. Kaminski, Esq.**
**CARLSON & MESSER LLP**
**5959 W. Century Boulevard, Suite 1214**
**Los Angeles, CA 90045**
By the following means of service:

[ ]    **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically to the e-mail addresses listed above. I am readily familiar with the firm's Microsoft Outlook e-mail system, and the transmission was reported as complete, without error.

[ ]    **BY FACSIMILE:** I transmitted the documents listed above by facsimile machine to the facsimile number listed above. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

[X]    **BY MAIL** (1013 a, 2015.5 CCP): I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]    **FEDERAL:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on June 10, 2011, at Los Angeles, California.

By: _____
Nathan Adkins