**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| REBEKAH SPECIALE, | Case No.: **1:10-cv-01748-AWI-DLB** |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| AMSHER COLLECTION SERVICES, INC., | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:   June 10, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[Proposed] Order